IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 11-450 |
| | : |
| v. | : |
| OMARI BEY | |

### ORDER

AND NOW, this 10th day of November, 2011, for the reasons set forth in the accompanying Memorandum, it is **ORDERED**:

1. The "Government's Motion To Reconsider The Denial of it's Motion For Pretrial Detention[Document #17] is **DENIED**.

2. The court's order of October 4, 2011, permitting pre-trial release with conditions shall remain in effect, until further order of the court.

BY THE COURT:

_____
LINDA K. CARACAPPA, USMJ